No. 414. AMERICAN MILLS COMPANY *v.* GEORGE F. HOFFMAN ET AL., COPARTNERS, ETC. October 8, 1923. Pe-

tition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry Uttal* for petitioner. *Mr. John B. Doyle* for respondents.